[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-14083
Non-Argument Calendar
_____

D.C. Docket No. 3:14-cr-00073-MJG-JRK-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONDELL SCOTT HEDRICK,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 21, 2016)

Before TJOFLAT, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Rondell Scott Hedrick in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of Hedrick's appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hedrick's convictions and sentences are **AFFIRMED**.